869 F.2d 589
 Gus Genetti Hotel and Restaurant, Inc., t/a Genetti's Best
Western Motor Lodge, a/k/a Genetti's Motor Lodge, Dinner
Playhouse and Office Center, Hazle Builders, Joseph Miorelli
and Company, Inc., Nielsen (Charles), Fisher (John W.),
Santucci (Dominic, Katherine), t/a Katie's Corner
v.
Stevens (Loretta Cundiff}) Personal Representative of Estate
of Cundiff (Kenneth Roger), Hazle Township
 NO. 88-5639
 United States Court of Appeals,
Third Circuit.
 JAN 23, 1989
 
 Appeal From: M.D.Pa.,
 Kosik, J.
 
 
 1
 AFFIRMED.